STATE OF NEW JERSEY v. ISRAEL RIVERA.

March 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD HIGHTOWER.

March 29, 1985.

Petition for certification denied.

IN RE PAROLE APPLICATION OF FRANK D'AGOSTINO.

March 29, 1985.

Petition for certification denied.

CLOVERLEAF GARDENS ASSOCIATES, A PARTNERSHIP v.
RENT LEVELING BOARD OF THE TOWNSHIP
OF WOODBRIDGE.

March 29, 1985.

Petition for certification denied.